In the Matter of the Accounting of CONRAD S. KEYES, as Executor of AXEL JOSEPHSSON, Deceased. MARY H. CULBERTSON, as Administratrix with the Will Annexed of the Estate of DORIS STURGES, Deceased.— Motion for leave to

appeal to the Court of Appeals or for a reargument and for a stay denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See *ante,* p. 755.]